U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB 2 5 2015

TONY R. MOORE, CLERK
BY _____ MB _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SURENDRA THAPA,<br>    Petitioner | CIVIL ACTION<br>1:14-CV-02339 |
| VERSUS | |
| JOHN MORTON, et al.,<br>    Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 11) is GRANTED and Thapa's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of February 2015.

                                        CHIEF JUDGE DEE D. DRELL
                                        UNITED STATES DISTRICT JUDGE